■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIAS MCFARLAND, Appellant. [28 NYS3d 302]—Order, Supreme

Court, New York County (Daniel P. Conviser, J.), entered June 8, 2010, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly applied the presumptive override for a prior felony sex crime conviction, and properly exercised its discretion in denying a downward departure. The override, which results in a level three adjudication that is independent of the factors set forth in the risk assessment instrument, was supported by reliable documentation that defendant has twice been convicted of rape in Virginia. We have considered and rejected defendant's remaining arguments, most of which are generally similar to arguments this Court rejected on a prior appeal in this case (120 AD3d 1121 [1st Dept 2014], *lv denied* 24 NY3d 1053 [2014]), or in *People v Ferrer* (69 AD3d 513 [1st Dept 2010], *lv denied* 14 NY3d 709 [2010]). Concur—Friedman, J.P., Sweeny, Saxe, Richter and Kahn, JJ.